

Julia Harvey
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Julia.Harvey@lewisbrisbois.com
Direct: 646.989.9424

July 31, 2025

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:  Alyssa White v. Kenroy Burrell, KIK03 Production, KLB East LLC, K.L. Breeden & Sons LLC
File No. 56700.9
Civil Action No.: 1:25-cv-05303

Honorable Margaret M. Garnett:

The office of the undersigned represents defendants KENROY BURRELL, KIKZ03 PRODUCTION LLC i/s/h/a KIK03 PRODUCTION, KLB EAST, LLC and K. L. BREEDEN & SONS, LLC d/b/a KLB SONS.

Please allow this correspondence to serve as a joint request for an adjournment of the Initial Pretrial Conference on Tuesday, August 26, 2025 at 9:30 a.m. as the undersigned has planned travel that prevents the undersigned from appearing in-person on that date. There have been no prior requests for adjournment of the Initial Pretrial Conference. Plaintiff's counsel consents to the request for adjournment. The parties respectfully request that the Initial Pretrial Conference be adjourned to September 8, 2025 or the Court's next available date thereafter.

Respectfully,

/s/

Julia Harvey of
LEWIS BRISBOIS BISGAARD & SMITH LLP

CC:

Alana Zaleon, Esq.
MORGAN & MORGAN NY PLLC
*Attorneys for Plaintiff*

ALYSSA WHITE
199 Water Street, Suite 1500
New York, New York 10038

Application GRANTED. The Initial Pretrial Conference currently scheduled for August 26, 2025, shall be ADJOURNED to **Tuesday, September 9, 2025, at 11:30 a.m.** The parties' joint letter and proposed Civil Case Management Plan shall be due no later than **September 2, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. No. 11.

SO ORDERED. Date: 7/31/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE